THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank, | Case No. 3:24-cv-05732-BHS |
| Plaintiffs, | **CORPORATE AND DIVERSITY DISCLOSURE STATEMENT** |
| v. | |
| COLEWSTECH, LLC, an Illinois limited liability company, RCWSTECH 1157, LLC, an Illinois limited liability company, and RONALD N. COLE, an individual, | |
| Defendants. | |

Plaintiff First Fed Bank provides the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1. First Fed Bank's corporate parent is First Northwest Bancorp, a publicly held corporation. First Fed Bank is incorporated in Washington and has its principal office in Port Angeles, Washington. First Fed Bank is therefore a citizen of Washington.

CORPORATE AND DIVERSITY DISCLOSURE STATEMENT - 1
Case No. 3:24-cv-05732- BHS

134777.0006/9868473.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: September 6, 2024

                        LANE POWELL PC

By:   *s/ Devon McCurdy*
       Gregory R. Fox, WSBA No. 30559
       Andrew G. Yates, WSBA No. 34239
       Devon J. McCurdy, WSBA No. 52663
       Dailey Koga, WSBA No. 58683
       1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
       Seattle, Washington 98111-9402
       Telephone: 206.223.7000
       foxg@lanepowell.com
       yatesa@lanepowell.com
       mccurdyd@lanepowell.com
       kogad@lanepowell.com
Attorneys for Plaintiff First Fed Bank

CORPORATE AND DIVERSITY DISCLOSURE STATEMENT - 2
Case No. 3:24-cv-05732- BHS

134777.0006/9868473.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107