UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FIRST FED BANK, a Washington state commercial bank,<br><br>Plaintiffs,<br><br>v.<br><br>COLEWSTECH, LLC, an Illinois limited liability company, RCWSTECH 1157, LLC, an Illinois limited liability company, and RONALD N. COLE, an individual,<br><br>Defendants. | Case No. 3:24-cv-05732-TL<br><br>**NOTICE OF OPPOSITION TO MOTION TO STAY CASES**<br><br>No. 3:24-cv-05729-TL<br>No. 3:24-cv-05731-TL<br>No. 2:24-cv-01389-TL<br>No. 3:24-cv-05736-TL<br>No. 3:24-cv-05730-TL |
|---|---|

TO:     Clerk of Court

AND TO:     All Parties of Record

PLEASE TAKE NOTICE THAT Plaintiff First Fed Bank has responded in opposition to BLC Water Company, LLC, Brian S. Chu and Larina H. Chu's ("Chu Parties'") motion to consolidate and stay the following lawsuits now pending in the United States District Court for the Western District of Washington:

| Case Number | Plaintiff | Defendant(s) |
|---|---|---|
| 2:24-cv-01389-TL | FIRST FED BANK | KDAWG CRYPTO LLC and KAREN LAVIN |
| 3:24-cv-05729-TL | FIRST FED BANK | BLC WATER COMPANY LLC, BRIAN S. CHU and LARINA H. CHU |

NOTICE OF OPPOSITION TO MOTION TO STAY
CASES - 1
Case No. 3:24-cv-05732-BHS

134777.0006/9891025.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| Case Number | Plaintiff | Defendant(s) |
|---|---|---|
| 3:24-cv-05730-TL | FIRST FED BANK | INDIANA WATER TECHNOLOGY LLC, DAVID A. SCHROEDER and SARAH SCHROEDER |
| 3:24-cv-05731-TL | FIRST FED BANK | ROYAL RESERVOIRS, LLC and DEREN FLESHER |
| 3:24-cv-05732-TL | FIRST FED BANK | COLEWSTECH, LLC, RCWSTECH 1157, LLC and RONALD N. COLE |
| 3:24-cv-05736-TL | FIRST FED BANK | CHAURISHI RETAIL ENTERPRISES, LLC and BASANT KUMAR |

The Chu Parties have moved to consolidate and stay these cases. For the reasons set forth in First Fed's opposition brief filed in *First Fed v. BLC et al.*, No. 3:24-cv-05729-TL (Dkt. 16), First Fed does not oppose consolidation, but opposes the Chu Parties' stay request.

DATED: September 27, 2024

LANE POWELL PC

By: *s/Andrew G. Yates*
Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon J. McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
foxg@lanepowell.com
yatesa@lanepowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com
Attorneys for Plaintiff First Fed Bank

NOTICE OF OPPOSITION TO MOTION TO STAY
CASES - 2
Case No. 3:24-cv-05732-BHS

134777.0006/9891025.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107