# EXHIBIT D

# DISBURSEMENT REQUEST AND AUTHORIZATION



LOAN NO: ▮▮▮▮▮▮1629

**Date:** June 9, 2022

**Borrower:** Cole WSTECH, LLC
2960 Lewallen Pl
Decatur, IL 62521-4839
Attn: Ronald N. Cole

**Lender:** FIRST FED BANK
P.O. Box 351
Port Angeles, WA 98362
Attn: Kasi O'Leary

**Loan Amount:** $1,500,000.00

    **A.    Loan Type.** This is a fixed rate (5-Year FHLB Rate plus 3.50% credit spread, adjusted once on the fifth anniversary of the Loan, but in any event at least 5.95%) single advance Loan to the limited liability company borrower identified above (*"Borrower"*) for $1,500,000.00 due on June 9, 2032 (the *"Loan"*).

    **B.    Primary Purpose of the Loan.** Borrower hereby certifies that the primary purpose of the Loan is for business, and <u>not</u> for personal, family, or household purposes or personal investment.

    **C.    Specific Purpose.** The specific purpose of the Loan is for the purchase or refinance of one or more water filling stations.

    **D.    Disbursement Instructions.** Borrower understands that no Loan proceeds will be disbursed until all of Lender's conditions for making the Loan have been satisfied. Along with all other conditions in the documents governing the Loan, Borrower shall deposit the total "cash deposits" amount in Borrower's Demand Deposit - Checking account, number ▮▮▮▮▮▮2608 with Lender (the "*Borrower Account*"). At the closing of the Loan, Lender is authorized and directed to disburse proceeds of the Loan and the Borrower Account as follows:

| | |
|---|---:|
| **Amount paid to others on Borrower's behalf:** | |
| Payment to Creative Technologies, LLC for refinance of water station(s). | $1,500,000.00 |
| **Note principal:** | $1,500,000.00 |
| **Other Borrower funds contributed to Borrower Account for closing charges (itemized below):** | $19,435.13 |
| Non-loan funds contributed by Borrower (to be paid to the third-party above on Borrower's behalf): | $0.00 |
| Credit Report Fee | $57.62 |
| UCC Fee | $150.00 |
| Loan origination fee (1.25% of Loan amount): | $18,750.01 |

| | |
|---|---|
| Loan Documentation Fee | $450.00 |
| Insurance Tracking Fee | $27.50 |

E. **Automatic Payments.** Borrower hereby authorizes Lender to automatically deduct from the Borrower Account described above the amount of any loan payment. Borrower's initial recurring payments will be made according to the following schedule:

| Number of Payments | Amount of Payments | Date of Payments |
|---|---|---|
| 120 | $16,615.44 | Monthly beginning July 5, 2022 |

On the Adjustment Date (as defined in the Promissory Note executed in connection with the Loan), the interest rate will be adjusted to the higher of (i) the then-current 5-Year FHLB Rate plus 3.50% credit spread, or (ii) 5.95%. Upon such adjustment, the amount of Borrower's recurring payments will be adjusted accordingly.

If the funds in the Borrower Account are insufficient to cover any payment, Lender shall not be obligated to advance funds to cover the payment. At any time and for any reason, Borrower or Lender may voluntarily terminate the automatic payment set forth herein.

F. **Financial Condition.** By signing this authorization, Borrower represents and warrants to Lender that the information provided above is true and correct and that there has been no material adverse change in Borrower's financial condition as disclosed in Borrower's most recent financial statement to Lender.

EXECUTED as of the date set forth above.

**BORROWER:**

Cole WSTECH, LLC,
an Illinois limited liability company

By: *Ronald N. Cole* (DocuSigned, 9C7F08C863D546B)
Name: Ronald N. Cole
Its: Manager/Member