UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank, | No. 3:24-cv-5732 |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |
| COLEWSTECH, LLC, an Illinois Limited Liability Company, RCWSTECH 1157, LLC, an Illinois Limited Liability Company, and RONALD N. COLE, an individual, | |
| Defendants, | |
| COLEWSTECH, LLC, an Illinois Limited Liability Company, RCWSTECH 1157, LLC, an Illinois Limited Liability Company, and RONALD N. COLE, an individual, | |
| Counterclaim Plaintiffs, | |
| v. | |
| FIRST FED BANK, | |
| Counterclaim Defendant, | |
| COLEWSTECH, LLC, an Illinois Limited Liability Company, RCWSTECH 1157, LLC, an Illinois Limited Liability Company, and | |

CORPORATE DISCLOSURE STATEMENT UNDER
FED. R. CIV. P. 7.1– 1
No. 3:24-cv-5732

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | RONALD N. COLE, an individual, |
| 2 | Third Party Plaintiffs, |
| 3 | v. |
| 4 | FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10, |
| 8 | Third Party Defendants. |

Pursuant to Local Civil Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant RCWSTECH 1157, LLC (a non-governmental Illinois corporation) hereby discloses the following:

1. RCWSTECH 1157, LLC has no parent corporation(s).

2. There is no publicly-held company that owns 10% or more of RCWSTECH 1157, LLC's stock.

3. Ronald N. Cole, a resident of Illinois, is the sole member of RCWSTECH 1157, LLC.

The undersigned party understands that it must promptly file a supplemental statement upon any change to the above information, pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1.

CORPORATE DISCLOSURE STATEMENT UNDER
FED. R. CIV. P. 7.1– 2
No. 3:24-cv-5732

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | |
| 2 | DATED this November 13, 2024. |
| 3 | |
| 4 | K&L GATES LLP |
| 5 | *s/John T. Bender* |
| | John T. Bender, WSBA No. 49658 |
| 6 | 925 Fourth Avenue, Suite 2900 |
| 7 | Seattle, Washington 98104-1158 |
| | Telephone: 206-370-5871 |
| 8 | Email: john.bender@klgates.com |
| 9 | *Counsel for Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Colewstech, LLC, Rcwstech 1157, LLC* |
| 10 | |

CORPORATE DISCLOSURE STATEMENT UNDER
FED. R. CIV. P. 7.1– 3
No. 3:24-cv-5732

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I, Angela O'Connor, declare as follows:

I certify under penalty of perjury under the laws of the state of Washington that on November 13, 2024, a true and correct copy of the foregoing document was sent for service on the following persons as indicated below via ECF and electronic mail:

Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Ph. 206.223.7000
Fax: 206.223.7107
foxg@lanepowell.com
YatesA@LanePowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com

*Attorneys for Plaintiff*

DATED November 13, 2024 in Seattle, Washington.

/s/ Angela O'Connor
Angela O'Connor

CORPORATE DISCLOSURE STATEMENT UNDER
FED. R. CIV. P. 7.1– 4
No. 3:24-cv-5732

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022